____FILED ____ENTERED
____LODGED____RECEIVED

NOV 2 8 2005

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Dear Governor Ehrlich,    11/21/05

cc: Mary Saar
    Lt. Governor
    Commissioner Frank Sizer
    First Lady-Kendal Ehrlich
    Wadren Dotson
    Assistant Warden Wainwright
    Assistant Warden Graham
    Maryland Senators
    Maryland Council Members
    Maryland Judges
    Maryland Probation & Parole Divisions (all)

    I am writing to you to express my wholehearted support, and for you attention towards the parole and/or pardon of Mr. Robert Laverne Wittwer (#253546). He is currently housed in the Maryland Adjustment Center (Supermax), in Baltimore Maryland. He is there just as a waiting period for inmates that are being moved form the Maryland House of Corrections to North Branch Correctional Facility. He has been incarcerated there for some 11 years, and is said to be serving a life sentence.

    In the past 11 years that Mr. Wittwer has been incarcerated, he and his family have done nothing more than fight for the right to vindicate him and for his case to be heard and tried correctly. He was wrongfully convicted of the charges in which he is serving "life" for, and the punishment clearly does not fit the crime. His Due Process Rights have been violated, by not granting him a meaningful hearing as is required by the Civil Rights of Institutionalized Persons Act, a federal Statute that is mandatory for all states.

    During his time in the Maryland House of Corrections Annex, Mr. Wittwer has shown to have an excellent record, clear conduct, and has done nothing but work on his rehabilitation. When the incident took place, he was a "child" who received a

SCANNED

punishment that now, as a "man" is unfair. He was at the wrong place, at the wrong time, with the wrong set of influences. Mr. Wittwer does not have a predatory Atypical status of behavior, and has openly expressed his remorse and sadness over his actions. Throughout his prison term he has advocated for non-violence, and prior to his incarceration he had no prior major convictions, except for juvenile actions.

Due to the barriers inmates face in communicating with the outside world, it has been hard for Mr. Wittwer to find the proper outlets he needs to obtain a "second chance" at life. Mr. Wittwer is a highly intelligent, perceptive young man. He is sensitive, flexible, respected, and highly admired by his peers, subordinates, and superiors alike. He shines with humility that belies his intellectual brilliance. I trust that if you were to meet him, even for five minutes, he would not disappoint you and even exceed your expectations. He has spent the majority of his teenage-adult life in prison. He believes that being incarcerated has somewhat saved his life. He knows now what positive steps to take in the path of life. During these years, he has committed himself to change, and doing whatever it takes to be a true leader. He has never complained about what was expected or asked of him, and has shown nothing more than the utmost respect for others. I think that is a positive trait from going up in a military family.

I believe that Mr. Wittwer should be given a second chance to resume life with his friends and family. His mother is greatly ill with cancer, and he cannot bear not being by her side. He does not present a risk to the public; on the contrary his release would heal some wounds many of his family and friends have imbedded in their hearts. It has been a long time and we all miss him. I **guarantee** and give you my word, which is my bond, that there is no way Mr. Wittwer, would ever risk anything that would take him away

from his family again. He does not want to die in there. He wants to work, start a family of his own, and carry on the "Wittwer" name. When released a member of his support group will give him a position with his catering company. This will offer him immediate financial stability and help his self-esteem with the transition.

Behind those walls, we will never understand what prison does to a person, unless we are in their shoes. Mr. Wittwer has seen inmates come and go, and has met some inmates whose only desire when released is to go down the same negative path of destruction, that got them in there. He wants his second change, so he can get out and stay out!

I hope, plead, and pray that you will take this letter into consideration. I hope that you will grant him his second chance at life, which I swear you will not regret. I am begging for your compassion in this instance, and I trust that with just one meeting you will see what I am talking about. So go ahead, give it a try; what do you have to lose? If you were to consider this, whatever stipulations you were to set I know he and his family would abide. Parole is an extension of incarceration, but just on the outside. Would you please help grant him this extension?

If further references are needed or if you have further questions, please do not hesitate to contact me at 201-966-1072 or Jennsing25@yahoo.com. I will be eagerly awaiting your response. Thank you for your time, patience, and consideration to this matter.

                                                Sincerely,

                                                Jennifer Lino

Dear Governor Ehrlich, 11/19/05

cc: Mary Saar
    Lt. Governor
    Commissioner Frank Sizer
    First Lady-Kendal Ehrlich
    Wadren Dotson
    Assistant Warden Wainwright
    Assistant Warden Graham
    Maryland Senators
    Maryland Council Members
    Maryland Judges
    Maryland Probation & Parole Divisions (all)

I first wrote to you regarding the enclosed letter on behalf on Robert Laverne Wittwer (#253546). I have not heard anything from you, so I am writing again. After doing some research I have found that you are an advocate for the reevaluation of inmates with hopes of granting them clemency. I hope you review of Mr. Wittwer's case as you say you review all of them, with basing you decision fairly and fully on each individual case.

In 2003 you granted pardons for four people convicted and incarcerated for minor crimes. Along with Mrs. Saar you have established a system of applications for pardons and commutations in hopes for eliminating a backlog. You review about twenty pleas per month, and am writing you again in hopes that my plea will be one of those twenty. You had mentioned in 2002 that you had an interest in proposing programs to educate, rehabilitate, and improve their behavior. I am hoping that you would consider Mr. Wittwer for one of these programs. These programs have said to have a proven track record of success, because it teaches them to stop and think before they act. I read a study that stated that behavior modification programs reduce that rate of repeat offenders by 15%. I believe Mr. Wittwer would benefit from this program.

Also in 2003 you granted commutation for Karen Lynn Fried who had been serving 25 years for her role in a murder when she was 17. Mr. Wittwer's case is somewhat similar to Ms. Fried. I am in hopes that you will find faith in Mr. Wittwer as you did in Ms. Fried. You also helped Michael Austin who had served 27 years for a crime he didn't commit. So I know and believe you are the right and only person to ask this request, and pray that this time you will answer.

As I mentioned in the other enclosed letter Mr. Wittwer is in Supemax with other inmates from the Annex waiting to be moved to North Branch. Why is Supermax still open? I thought that is was supposed to be shut down, due to improper treatment of inmates. His family and I are still waiting till the day he can come home. I want to start a family with him, like you have of your own. My biological clock is ticking!!! LOL!

**UPDATE:**

Like I mentioned above, the inmates were told that they were to be sent to Supermax in transit of being sent to North Branch. They found out last Wednesday that they were to stay at Supermax 4-6 months, with no explanation given as to why. They were also told that all of their personal belongings were to be sent home, and that they would have no commensary. The inmates since then have had no other choice but, to go on a Hunger Strike. Since about Thursday they have denied all food and any sort or recreation, Supermax does offer. So what are you going to do now, wait till they die to do something????

Sincerely,